**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **No. 4:04-CR-00035-04-BRW**

**VERTIS CLAY**

**ORDER**

Pending are *Pro Se* Defendant's Motions (Doc. Nos. 620, 621). The United States has responded.[1]

Defendant asserts that when he attempted to discover information through a FOIA (Freedom of Information Act) request, the United States Attorney's Office told him the records were sealed by court order.[2]

The United States Attorney's Office says it informed Defendant that he did not qualify for a fee waiver under federal regulations, but he could receive 2 hours of search time and 100 pages of documentation at no charge.[3] Defendant chose the free option and received 100 pages.[4] The United States Attorney's Office denies it conveyed anything about evidence file records being sealed by court order.[5]

---

[1] Doc. No. 622.

[2] Doc. Nos. 610, 616, 617, 620, 621.

[3] Doc. No. 622.

[4] *Id.*

[5] *Id.*

A review of the record reveals no order sealing the evidence file. I cannot unseal something that is not sealed. Accordingly, Defendants Motions (Doc. Nos. 620, 621) are DENIED.

IT IS SO ORDERED this 14th day of January, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE